UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>GILBERT SANTANA,<br>                    Defendant. | No. 18-cr-298 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, January 17, 2024, at 9:45 a.m., in Courtroom 6B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to discuss Defendant's ongoing difficulties complying with the terms of his supervised release, as summarized in the Probation Office's report dated December 18, 2023.

SO ORDERED.

Dated:       January 8, 2024
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation