UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 18-cr-298 (RJS) |
| | ORDER |
| GILBERT SANTANA, | |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

In light of the Probation Office's report dated July 19, 2024, IT IS HEREBY ORDERED

THAT the hearing in the above-captioned matter previously scheduled for Tuesday, July 23, 2024,

is rescheduled to Wednesday, August 21, 2024, at 2:00 p.m. in Courtroom 21C of the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      July 22, 2024
            New York, New York

                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation