UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v- | No. 18-cr-298 (RJS) <br> <u>ORDER</u> |
| GILBERT SANTANA, <br>       Supervisee. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  At the request of the Probation Office, and with the consent of the parties, IT IS HEREBY ORDERED THAT the status conference in the above-captioned matter previously scheduled for Wednesday, August 21, 2024, is rescheduled to Tuesday, September 24, 2024, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  August 20, 2024
     New York, New York

                  _____
                  RICHARD J. SULLIVAN
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation