UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>GILBERT SANTANA,<br>                    Defendant. | No. 18-cr-298 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a status conference on Wednesday, July 16, 2025, at 2:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 to discuss Defendant's ongoing difficulties complying with the terms of his supervised release.

SO ORDERED.

Dated:    July 2, 2025
         New York, New York

                                                          _____
                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation