UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

GILBERT SANTANA,

               Supervisee.

No. 18-cr-298 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release status conference on July 23, 2025, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of supervised release.

SO ORDERED.

Dated:    July 23, 2025
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation